UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:21-cv-02199-BAH |
| v. | ) |
| | ) |
| J. THOMAS MANGER, Chief of Police, | ) |
| U.S. Capitol Police, *et al.* | ) |
| | ) |
| Defendants. | ) |

**SENATE DEFENDANTS' MOTION TO DISMISS**

Defendants Sonceria Ann Berry, Secretary of the Senate, and the Office of the Secretary of the Senate ("Senate defendants"), through undersigned counsel, hereby respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss plaintiff's claim against them (fifth cause of action in the complaint) for lack of jurisdiction and failure to state a claim upon which relief can be granted.  In support of the motion, Senate defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

|  |  |
|---|---|
|  | Thomas E. Caballero<br>Assistant Senate Legal Counsel |
|  | Office of Senate Legal Counsel<br>642 Hart Senate Office Building<br>Washington, D.C. 20510-7250<br>(202) 224-4435 (tel), (202) 224-3391 (fax) |
| Dated: October 22, 2021 | Attorneys for Secretary of the Senate Sonceria Ann Berry and the Office of the Secretary of the Senate |