# Exhibit B

Memorandum of Points and Authorities in Support of
Senate Defendants' Motion to Dismiss

*Musgrave v. Manger, et al.*, Civil Action No. 1:21-cv-02199-BAH

# NATIONAL SECURITY COUNSELORS

4702 LEVADA TERRACE
ROCKVILLE, MD 20853
—
TELEPHONE: (301) 728-5908
FACSIMILE: (240) 681-2189

KEL MCCLANAHAN, ESQ., EXECUTIVE DIRECTOR (admitted in NY, DC)
    EMAIL: KEL@NATIONALSECURITYLAW.ORG
BRADLEY P. MOSS, ESQ., DEPUTY EXECUTIVE DIRECTOR (admitted in IL, DC)
    EMAIL: BRAD@NATIONALSECURITYLAW.ORG

25 June 2021

Nicolette Llewellyn
Director of Security
U.S. Senate

Dear Ms. Llewellyn:

This is a request to the Office of Senate Security on behalf of my client Shawn Musgrave for a copy of the most recent edition of the Senate Security Manual. Mr. Musgrave is a member of the news media as a freelance reporter whose work has been featured in *Politico*, the *Boston Globe*, *The Verge*, *VICE*, *Motherboard*, *Reason*, the *Intercept*, and elsewhere.

As Judge Karen LeCraft Henderson noted in her concurrence in *Judicial Watch, Inc. v. Schiff*, No. 20-5270, at *8 (D.C. Cir. June 4, 2021), there is a common law right of access to public records that is not wholly precluded by the Speech or Debate Clause of the Constitution and "require[s] careful balancing." All three branches of the government are subject to this federal common law right of access, she explained, citing "unequivocal" Supreme Court precedent in *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978) and further D.C. Circuit discussion of *Nixon* in *Washington Legal Foundation v. U.S. Sentencing Commission* (*WLF-II*), 89 F.3d 897, 902 (D.C. Cir. 1996). Judge Henderson explained that if a sought document is a "public record," the government's interest in keeping the document secret should be balanced against the public's interest in disclosure. *Judicial Watch* at *11. A "public record," she notes, is "a government document created and kept for the purpose of memorializing or recording an official action, decision, statement, or other matter of legal significance, broadly conceived." *Id.*, quoting *WLF-II*, 89 F.3d at 905.

The Senate Security Manual meets this definition, and the public interest in disclosure is high given the recent public attention to Congressional security and transparency. Therefore, we are requesting a copy of this manual under the common law right of access to it.

Sincerely,

*/signature/*

Kel McClanahan