# Exhibit C

Memorandum of Points and Authorities in Support of
Senate Defendants' Motion to Dismiss

*Musgrave v. Manger, et al.*, Civil Action No. 1:21-cv-02199-BAH

PATRICIA MACK BRYAN
COUNSEL
MORGAN J. FRANKEL
DEPUTY COUNSEL
GRANT R. VINIK
ASSISTANT COUNSEL
THOMAS E. CABALLERO
ASSISTANT COUNSEL

TELEPHONE: (202) 224–4435
FAX: (202) 224–3391

## United States Senate

OFFICE OF SENATE LEGAL COUNSEL
WASHINGTON, DC  20510-7250

August 17, 2021

**By E-mail (Kel@NationalSecurityLaw.org)**

Kel McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Dear Mr. McClanahan:

    I write on behalf of the Secretary of the Senate in response to your June 25, 2021 letter requesting a copy of the Senate Security Manual, which addresses handling of classified national security materials, under the common-law right of access to public records.

    That doctrine has never been applied to require public disclosure of records of the Senate. Indeed, the courts have recognized that "Congress has undoubted authority to keep its records secret" and have "rooted" that "authority . . . in the Constitution, longstanding practice, and current congressional rules." *Goland v. Central Intelligence Agency*, 607 F.2d 339, 346 (D.C. Cir. 1978) (citing the Journal Clause, U.S. Const., Art. I, sec. 5, cl. 3).  Access to Senate records is governed by a complex set of rules, *see, e.g.*, Senate Rules XI, XXVI.5(b), XXIX; S. Res. 474, 96th Cong., 2d Sess. (1980), not by the common law.  Moreover, even if the common-law right applied and the Senate Security Manual were considered to be a public record as that doctrine defines such records, any public interest in disclosure would be outweighed by the significant national security interests implicated by its release.

    Accordingly, the Secretary of the Senate declines your request.

                             Sincerely,

                             */s/ Thomas E. Caballero*

                             Thomas E. Caballero

cc:    The Honorable Sonceria Ann Berry