UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, <br><br> Plaintiff, <br><br> v. <br><br> J. THOMAS MANGER, in his official capacity as Chief of the U.S. Capitol Police, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-02199-BAH |

**DEFENDANTS J. THOMAS MANGER AND U.S. CAPITOL POLICE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendants J. Thomas Manger, in his official capacity as Chief, U.S. Capitol Police, and the U.S. Capitol Police, hereby move the Court to dismiss the first, second, and third causes of action set forth in Plaintiff's Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure or, in the alternative, to enter summary judgment in Defendants' favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. Attached in support of this motion are a statement of material facts as to which there is no genuine dispute, a memorandum of points and authorities, the Declaration of Michael Bolton, and the Declaration of James W. Joyce. A proposed order is also attached.

Dated:  October 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

/s/ M. Andrew Zee
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants J. Thomas Manger and U.S. Capitol Police*