UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

        Plaintiff,

  v.

J. THOMAS MANGER, in his official capacity as Chief of the U.S. Capitol Police, *et al.*,

        Defendants.

Case No. 1:21-cv-02199-BAH

**DECLARATION OF MICHAEL BOLTON**

I, Michael Bolton, declare as follows:

1. I am the Inspector General (IG) for the U.S. Capitol Police (USCP or Department), a position I have held since January 20, 2019. From March 2018 to January 2019, I served as the Acting Inspector General, and from August 2006 to March 2018 as the Assistant Inspector General for Investigations. As Inspector General, I head the Department's Office of Inspector General (OIG), which supervises and conducts audits, inspections, and investigations involving USCP programs, functions, systems, and operations. I make the following statements based on personal knowledge and information made available to me in the course of my official duties.

2. OIG's objectives include promoting economy, efficiency, and effectiveness in the administration of USCP programs and operations; preventing and detecting fraud, waste, abuse, and mismanagement in USCP programs and operations; preventing, detecting, and handling cases involving misconduct; and issuing semi-annual Reports to Congress that describe OIG activities. As Inspector General, I report directly to the Capitol Police Board, which, along with Congress, has oversight responsibility for the Department.

3. In the course of its activities, OIG issues several types of reports. First, when OIG conducts an audit or investigation, it typically produces a report at the conclusion of that audit or investigation. Second, as required by statute, OIG produces a semi-annual report summarizing the

work OIG initiated and completed during the preceding six-month period. Third, OIG compiles on an annual basis a financial audit report on the USCP's annual financial statements.

4. I understand that on August 18, 2021, Plaintiff, Shawn Musgrave, filed his Complaint in this case. Paragraph 50 of the Complaint alleges that on June 23, 2021, Mr. Musgrave submitted to OIG a request seeking "a copy of the report that was requested by Congress in H.R. Rep. No. 116-447, at 22 (2020), discussing which USCP IG reports from the previous three years could have been made public."

5. OIG has searched its files for the request referenced in paragraph 50 of the Complaint but has no record of having received that request. Despite having no such record, OIG on October 20, 2021, provided a response to Plaintiff to the request referenced in paragraph 50 of the Complaint. A true and correct copy of OIG's response is attached as Exhibit A.

6. As stated in OIG's response, OIG has not created the document sought by Plaintiff in his request. As a result, there does not exist any "report that was requested by Congress in H.R. Rep. No. 116-447, at 22 (2020), discussing which USCP IG reports from the previous three years could have been made public," and there is nothing to provide to Plaintiff in response to his request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 22nd day of October, at Washington, D.C.

_____
Michael Bolton