# Exhibit E

## UNITED STATES CAPITOL POLICE
OFFICE OF THE GENERAL COUNSEL

**THOMAS A. (TAD) DIBIASE**
*General Counsel*
**KELLY M. SCINDIAN**
*Employment Counsel*
**BRITNEY D. BERRY**
*Senior Counsel (Employment Law)*
**APRIL M. RANCIER**
*Senior Counsel (Employment Law)*
**AARON M. WILENSKY**
*Associate Counsel (Employment Law)*

**SERGEANT STEPHEN T. JAMES** *
**JAMES W. JOYCE**
*Senior Counsel (General Law)*
**KAREN DAVIS MILLER**
*Senior Counsel (General Law)*
**LISA N. WALTERS**
*Senior Counsel (General Law)*

\* *Not admitted*

October 21, 2021

OGC 2021-144

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

RE: Requests for Policy and Procedure for Sharing Information and Statements of Disbursements

    The Capitol Police has not yet created any documents regarding "a policy and procedure for the sharing of information that follows the spirit of the Freedom of Information Act." H.R. Rep. No. 116-447, at 22 (2020). Because no such documents exist, we have no responsive information to provide regarding your June 23, 2021 request for "all records about the USCP 'policy and procedure for the sharing of information.'"

Sincerely,

James W. Joyce
Senior Counsel
General Law Division

499 South Capitol Street, SW, Suite 820, Washington, DC 20003 • Voice 202.593.3619 • Fax 202.593.4477
Mailing Address: 119 D Street, NE, Washington, DC 20510