IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWN MUSGRAVE,

                *Plaintiff*,

v.

J. THOMAS MANGER, CHIEF OF POLICE,
U.S. CAPITOL POLICE et al.,

                *Defendants*.

Case No. 1:21-CV-02199-BAH

**SECOND CONSENT MOTION TO EXTEND TIME AND
TO MODIFIY SCHEDULING ORDER**

Pursuant to Local Rule 7 and the Court's Standing Order in Civil Cases (ECF No. 4), House Defendants, the Honorable William J. Walker, Sergeant at Arms, and the Office of the House Sergeant at Arms respectfully move for a second extension of time to respond to Plaintiff's Motion for Partial Summary Judgment.

On May 13, 2022, the House Defendants sought, and the Court granted, an extension of time to file the House Defendants' and Senate Defendants' combined opposition and reply briefs. ECF No. 23; Minute Order, May 16, 2022. Those briefs are currently due on June 3, 2022. The House Office of General Counsel is responsible for handling the general legal and litigation needs of the entire House community, which consists of 435 Members, more than twenty Committees, leadership offices, House Officers, officials, and support offices employing thousands of staffers and employees. In addition to representing numerous Members of the House community in active litigation—including a steady stream of litigation nationwide related

to the events of January 6, 2021—the Office of General Counsel provides sensitive legal advice to the House community on a host of pressing issues.

Furthermore, in light of the busy congressional schedule, additional time is required to permit the Office of General Counsel to consult adequately with its clients and prepare and file a combined opposition and reply that will assist the Court in resolving this matter. Also, the extension of time will provide time to enable the House and Senate defendants to confer on their respective filings.

Pursuant to Local Rule 7(m), the parties' counsel conferred and agreed to a 30-day extension of time and to modify the briefing schedule as follows:

- The House and Senate Defendants shall file their combined opposition and reply briefs not later than July 5, 2022.

- Plaintiff shall file his cross-reply brief not later than August 5, 2022.

This proposed briefing schedule is appropriate given the serious legal and constitutional issues at stake. Moreover, the additional time will ensure that both parties have sufficient time to prepare thorough and well-considered briefs.

A proposed order is attached.

                         Respectfully submitted,

                         */s/ Douglas N. Letter*
                           DOUGLAS N. LETTER (D.C. Bar No. 253492)
                            *General Counsel*
                         TODD B. TATELMAN (VA Bar No. 66008)
                            *Principal Deputy General Counsel*

                         OFFICE OF GENERAL COUNSEL
                         U.S. HOUSE OF REPRESENTATIVES
                         5140 O'Neill House Office Building
                         Washington, D.C. 20515
                         Telephone: (202) 225-9700
                         douglas.letter@mail.house.gov

                         *Counsel for the Honorable William Walker,*

*Sergeant at Arms and the Office of the House Sergeant at Arms*

June 1, 2022