# Exhibit A

Memorandum of Points and Authorities in Support of
Senate and House Defendants' Joint Motion to Dismiss
Plaintiff's Claims Against Them as Moot

*Musgrave v. Manger, et al.*, Civil Action No. 1:21-cv-02199-BAH

PATRICIA MACK BRYAN
COUNSEL
MORGAN J. FRANKEL
DEPUTY COUNSEL
GRANT R. VINIK
ASSISTANT COUNSEL
THOMAS E. CABALLERO
ASSISTANT COUNSEL

**United States Senate**

OFFICE OF SENATE LEGAL COUNSEL
WASHINGTON, DC  20510-7250

TELEPHONE: (202) 224–4435
FAX: (202) 224–3391

May 23, 2022

**By E-mail (Kel@NationalSecurityLaw.org)**

Kel McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Dear Mr. McClanahan:

    Plaintiff's recently submitted opposition to the House and Senate defendants' motions to dismiss reveals that plaintiff has obtained from other sources large portions, if not all, of the 2017 House Security Policy Manual and the 2018 Senate Security Manual.  We are concerned that you failed to disclose to us, immediately upon its occurrence, the fact that plaintiff already has these items, particularly if the production occurred prior to plaintiff's original requests, the filing of the complaint seeking to compel production, or the filing of our motions to dismiss.

    Both the House and Senate defendants, for the reasons set forth in their respective motions to dismiss, adhere to the view that they are neither obliged to provide the security manuals under the common law right of access, nor can they be sued to compel disclosure of the manuals.  Defendants do not, however, wish to have this matter consume any more of the Court's or the defendants' time needlessly litigating over documents that plaintiff appears to already possess and that are the only documents remaining at issue in the litigation.  Accordingly, even though it appears that plaintiff already has one or both of them, with this letter defendants voluntarily provide you with complete copies of the latest versions of those security manuals.

    Please advise as to your preferred way for the parties to inform the Court that the case should now be closed for these reasons.

    Sincerely,

*/s/ Todd B. Tatelman*

Todd B. Tatelman
Principal Deputy General Counsel
Office of General Counsel
U.S. House of Representatives

*/s/ Thomas E. Caballero*

Thomas E. Caballero
Assistant Senate Legal Counsel

Enclosures