UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J. THOMAS MANGER, Chief of Police, )<br>U.S. Capitol Police, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-02199-BAH |

**SENATE DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Plaintiff filed a Statement of Material Facts as to Which There Is No Genuine Dispute attached to his Cross-Motion for Partial Summary Judgment, ECF No. 21-2.  That statement of material facts, however, included no citations to the record to support the statements made therein as required by local rule.  *See* LCvR 7(h)(1) (statement of undisputed material facts "shall include references to the parts of the record relied on to support the statement."); *see also* Fed. R. Civ. P. 56(c) ("A party asserting that a fact cannot be . . . genuinely disputed must support the assertion by . . . citing particular parts of materials in the record[.]").  Plaintiff's statement of asserted material facts fails to comply with the requirements of the local rule and points to no record evidence to support the statements therein; therefore, it cannot serve as the basis for granting partial summary judgment.

Furthermore, Senate defendants dispute that any of the three "facts" plaintiff lists are material to the legal question for which plaintiff seeks partial summary judgment – "the general

applicability of the common law right of access to the House and Senate security manuals." Pl.'s Cross-Motion for Partial Summary Judgment at 1, ECF No. 21.

As to the statements therein:

Statement 1 is a legal conclusion.

Statement 2 applies only to the House, not to the Senate.

With regard to statement 3, the Senate Security Manual states that the provisions of the Manual "are binding upon all Senate employees." ECF No. 20-4 at 4 (Senate Security Manual of Jan. 2018, at 1).

        Respectfully submitted,

        /s/ Patricia Mack Bryan
        Patricia Mack Bryan, Bar #335463
        Senate Legal Counsel

        Morgan J. Frankel, Bar #342022
        Deputy Senate Legal Counsel

        Grant R. Vinik, Bar #459848
        Assistant Senate Legal Counsel

        Thomas E. Caballero
        Assistant Senate Legal Counsel

        Office of Senate Legal Counsel
        642 Hart Senate Office Building
        Washington, D.C. 20510-7250
        (202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: July 5, 2022        Attorneys for Secretary of the Senate Sonceria Ann Berry and the Office of the Secretary of the Senate